474 A.2d 662

Commonwealth ex rel. Leo v. McCabe, Appellant.

Argued January 12, 1984. C. Price, for appellant; Marvin D. Weintraub, for appellee.

648

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.